**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Rickus, | No. CV-20-00328-TUC-JCH |
| Petitioner, | **ORDER** |
| v. | |
| Barbara Blanckensee, | |
| Respondent. | |

Incarcerated pro se Petitioner seeks to compel the Bureau of Prisons to credit his federal sentence with time he spent in federal custody under a writ of habeas corpus ad prosequendum. Doc. 1. The Court referred this matter to Magistrate Judge Bruce G. Macdonald for a Report and Recommendation ("R&R"). Doc. 8. The R&R recommends dismissing Petitioner's Petition because the Bureau of Prisons correctly calculated Petitioner's sentence, and he is not entitled to the relief he seeks. Doc. 33 at 5. Neither party objected to Judge Macdonald's R&R. *See generally* docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).

After independent review, the Court agrees with the R&R's analysis and conclusion.

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 33).

**IT IS FURTHER ORDERED DISMISSING** the Petition (Doc. 1). The Clerk of the Court shall enter judgment and close this case.

Dated this 17th day of April, 2023.

_____
Honorable John C. Hinderaker
United States District Judge